**No. 53810.**—"21" Brands, Inc. v. United States, protest 147003–K (New York).

Opinion by JOHNSON, J. At the trial the case was submitted upon the record including the collector's letter of transmittal. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.